# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2017

156055 & (68)(69)(75)(76)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

TAMARA FILAS,
　　　　Plaintiff-Appellant,

v

　　　　　　　　　　　　　　　　SC:  156055
　　　　　　　　　　　　　　　　COA: 331458
　　　　　　　　　　　　　　　　Wayne CC:  15-002158-NM

DARYLE SALISBURY,
　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the June 22, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motions for stay and for peremptory reversal are DENIED.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2017



p0711

Clerk